## Laris Enterprises, Inc. Appeal.

Argued April 18, 1963. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*John Alan Conte,* with him *Conte & Courtney,* for appellant.

*Richard P. Steward,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 12, 1963:

The decree and order of the Court of Quarter Sessions of Beaver County is affirmed on the opinion of

President Judge ROBERT E. MCCREARY for the court below, reported at 30 Pa. D. & C. 2d 179.